# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

-vs-                                                                    Case No. 12-CR-176

**TIFFINY HARDEN,**

    Defendant.

## DECISION AND ORDER

The Court has reviewed Defendant Tiffiny Harden's (Harden) request for release on bond pursuant to 18 U.S.C. § 3141. The Court does not find "clear and convincing evidence" that Harden is "not likely to . . . pose a danger to the safety of any other person or the community." 18 U.S.C. § 3143(a). Therefore, the Court will deny Harden's request for release.

**IT IS HEREBY ORDERED THAT:**

Tiffiny Harden's Motion for Bond (ECF No. 69) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 13th day of June, 2014.

                                                       **BY THE COURT:**

                                                       */s/ Rudolph T. Randa*

                                                       **HON. RUDOLPH T. RANDA**
                                                       **U.S. District Judge**